IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERYNNE PRYOR KENDRICK                                          PETITIONER

v.                              Civil No. 07- 5030

LARRY NORRIS, Director,
Arkansas Department of Correction                                  RESPONDENT

### ORDER

Catherynne Pryor Kendrick, a prisoner of the McPherson Unit of the Arkansas Department of Correction, has submitted for filing in this district a petition for writ of habeas corpus under 28 U.S.C. § 2241. Petitioner names as a respondent Vince Morris, Department of Community Correction. However, Mr. Larry Norris is the Director of the Arkansas Department of Correction and is the proper defendant in this case. Larry Norris is therefore substituted as a defendant in place of Mr. Morris. **The clerk is directed to note this substitution on the docket sheet.**

Along with her petition, Kendrick submitted an application to proceed *in forma pauperis* (IFP). The application to proceed IFP is granted.

Having granted the application to proceed IFP, the United States Marshal is directed to serve a copy of the petition on the Respondent, Larry Norris, Director, Arkansas Department of Correction, and the Attorney General of the State of Arkansas, without prepayment of fees and costs or security therefor. Respondent, Larry Norris, Director, Arkansas Department of Correction, is ordered to respond to the petition within twenty (20) days from the date of service.

IT IS SO ORDERED this 16 day of February 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 2 1 2007

CHRIS R. JOHNSON, CLERK
BY
　　DEPUTY CLERK

_____
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)

Dockets.Justia.com