IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERYNNE PRYOR KENDRICK                                    PETITIONER

            v.            Civil No. 07-5030

LARRY NORRIS, Director
Arkansas Department of Correction                           RESPONDENT

### ORDER

NOW on this 30th day of May 2007, comes on for consideration the Magistrate Judge's Report and Recommendation (Doc. 7) in this matter. Petitioner has filed written objections (Doc. 9) to the Report and Recommendation. The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects; that the petitioner's objections thereto offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report And Recommendation is **adopted in toto**.

IT IS FURTHER ORDERED that, for the reasons set forth therein, the instant petition is **denied** and **dismissed with prejudice**.

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE